**Order Filed on December 4, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Charles Mound, Jr.

Case No.: 17-31175

Chapter: 13

Hearing Date: 11/29/2017

Judge: Stacey L. Meisel

## ORDER DENYING MOTION

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: December 4, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor:             Charles Mound, Jr.
Case No.:           17-31175
Caption of Order:   Order Denying Motion

**THIS MATTER** having been brought before the Court on a *Motion [to] Extend the Automatic Stay as to Caliber Home Loans, Roxbury Township, Township of Roxbury Water* (Docket No. 7) ("**Motion**") by debtor Charles Mound, Jr. ("**Debtor**"), by and through his counsel, Joan Sirkis Warren;

**WHEREAS** on October 19, 2017, Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code;

**WHEREAS** Debtor had one case pending within the preceding one-year period that was dismissed (*see* Case No. 17-20567);

**WHEREAS** Debtor filed the Motion on October 20, 2017 and scheduled it for a hearing on November 29, 2017;

**WHEREAS**, under 11 U.S.C. § 362(c)(3), the automatic stay in this case terminated on the 30th day after Debtor's filing of the petition, or November 18, 2017, prior to the return date of the Motion;

It is hereby

**ORDERED** that the Motion is DENIED.